ACCEPTED
02-17-00323-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 3:11 PM
DEBRA SPISAK
CLERK

## No. 02–17–00323–CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | FOR THE |
| | § | |
| SCOTT PAUL WAYNE | § | SECOND DISTRICT OF TEXAS |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 3:11:31 PM
DEBRA SPISAK
Clerk

### STATE'S SECOND MOTION FOR EXTENSION

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee, in the above styled and numbered cause and moves this Court to grant an extension of time to file Appellee's Brief, pursuant to Texas Rules of Appellate Procedure 38.6 and 10.5(b), and for good cause shows the following:

1. On July 27, 2017, in cause 58,479-B of the 78th District Court, Wichita County, a jury found Appellant guilty of Aggravated Assault with a Deadly Weapon and Obstruction. The judge sentenced Appellant to 10 years and five years in the Texas Department of Criminal Justice to run concurrently.

2. Appellant is currently incarcerated.

3. On October 10, 2017, Appellant filed a Notice of Appeal.

4. Appellant requested and received one motion for extension.

5. Appellant filed his brief March 26, 2018.

6. The State's brief is currently due Friday, May 25, 2018.

1

7. This is the State's first request for an extension of time. In support of good cause for the extension, the State shows the following:

   a. I assisted trial attorneys with preparation for and have been in trial in State v. Catlin Briscoe, cause no. 58,221-C, felony murder by intentional/knowing injury to a child – an abusive head trauma case – which began April 2, 2018 and is still ongoing;

   b. I gave oral argument to the Court of Criminal Appeals on May 2, 2018 at 9:00am in Texas v. Waters, PD-0792-17;

   c. I attended the Robert O. Dawson Conference on Criminal Appeals May 2-May 4, 2018 in Austin, Texas;

   d. I filed a brief in cause 02–17–00226–CR on May 25, 2018;

   e. I have two briefs due to this Court on June 18, 2018 in cause 02-17-00347-CR and cause 02-17-00140-CR; and,

   f. I am currently working on other habeas corpus issues on remand from the Court of Criminal Appeals, responding to miscellaneous post-conviction pro se motions, and assisting other Assistant District Attorneys with hearings and trials.

8. Appellant does not oppose the State's Second Motion for Extension.

9. The State respectfully requests a thirty-one day extension to prepare its brief.

It is therefore requested that the time for filing be extended thirty-one days to Monday, June 25, 2018.

Respectfully Submitted,

/s/ Jennifer Ponder
Assistant Criminal District Attorney
Wichita County, Texas
State Bar No. 24083676
Jennifer.ponder@co.wichita.tx.us
(940) 766-8113

## CERTIFICATE OF CONFERENCE

I, Jennifer Ponder, certify that on May 25, 2018, I discussed this Motion with Mike Payne, attorney for Appellant, he indicated that he does not oppose the State's Second Motion for Extension of Time.

/s/ Jennifer Ponder

## CERTIFICATE OF SERVICE

I, Jennifer Ponder, certify that on May 25, 2018, I served a copy of State's Second Motion for Extension on the party listed below by electronic service and that the electronic transmission was reported as complete. My e-mail address is jennifer.ponder@co.wichita.tx.us.

Mike Payne
Attorney for Appellant
1211 Bluff Street
Wichita Falls, TX 76301
(940) 766-1812
michaelfpayne@gmail.com

/s/ Jennifer Ponder